433 A.2d 533

Commonwealth v. Reider, Appellant.

Submitted June 13, 1980. Ronald E. Johnson, Assistant Public Defender, for appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

433 A.2d 533

Commonwealth v. Ross, Appellant.

Submitted March 20, 1978. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and CERCONE, HOFFMAN, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Order affirmed.

CERCONE and SPAETH, JJ., concurred in the result.

JACOBS, former P. J., did not participate in the consideration or decision of this case.